UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KENYONNA CHRISTIAN,

       Plaintiff

v.

EQUIFAX INFORMATION
SERVICES, LLC, TRANS
UNION, LLC, RAC
ACCEPTANCE EAST, LLC
d/b/a ACCEPTANCE NOW,
and GINNY'S, INC.

       Defendants.

Case No. 2:18-cv-13682
District Judge Victoria A. Roberts
Magistrate Judge Anthony P. Patti

_____/

## **ORDER DENYING AS MOOT PLAINTIFF'S MOTION TO AMEND COMPLAINT (DE 26) AND ACCEPTING PLAINTIFF'S FIRST AMENDED COMPLAINT (DE 27) AS THE OPERATIVE PLEADING**

This matter is before the Court for consideration of Plaintiff's March 27, 2019 motion to file first amended complaint (DE 26), and Plaintiff's First Amended Complaint (DE 27). The March 8, 2019 Scheduling Order in this case provided for amendment of the pleadings, including joinder of parties, *without leave of court*, by April 12, 2019. (DE 24.) Plaintiff's First Amended Complaint (DE 27) was filed on March 27, 2019, well before the April 12, 2019 deadline in the scheduling order.

1

Accordingly, Plaintiff's motion to amend (DE 26) is **DENIED AS MOOT** because the Court had already granted the relief sought in its prior scheduling order and thus it was not necessary for Plaintiff to file such a motion seeking leave. Further, the Court accepts Plaintiff's First Amended Complaint (DE 27) as the operative pleading in this matter. Notwithstanding the fact that no motion was necessary in this instance, Plaintiff is nevertheless cautioned that before filing future motions she must comply with Local Rule 7.1(a), which, among other things, requires her to seek concurrence from opposing counsel prior to filing motions and to so certify to the Court.

**IT IS SO ORDERED.**

Dated: April 1, 2019  s/*Anthony P. Patti*
Anthony P. Patti
UNITED STATES MAGISTRATE JUDGE

**Certificate of Service**

I hereby certify that a copy of the foregoing document was sent to parties of record on April 1, 2019, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Anthony P. Patti